UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ALAN KENT PRICHARD #262205,

        Petitioner,             Case No. 19-12711

v.

THOMAS WINN

        Respondent.
_____/

**JUDGMENT**

In accordance with the August 9, 2021 Opinion and Order Denying Petition for Writ of Habeas Corpus, Denying a Certificate of Appealability;

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Thomas Winn and against Petitioner Alan Prichard.

Dated at Detroit, Michigan, this 9th day of August, 2021.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                  BY: s/Lisa G. Wagner
                                        Lisa Wagner, Deputy Clerk
                                        and Case Manager to
                                        Judge Robert H. Cleland